In the Matter of Proving the Last Will and Testament of MABELL W. CARMAN, Deceased.— Motion for stay of trial denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Petition of the LONG ISLAND LIGHTING COMPANY, Appellant, to Acquire an Easement, etc., across Land Located at Elwood, Town of Huntington, County of Suffolk, Owned by JOSEPH KOWALSKI and Another, Respondents.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings for the Year Ending December 31, 1926, of FRANCIS W. MURRAY, JR., and JOSEPH MERRITT, as Trustees, etc., of GEORGE W. MURRAY, Deceased, Appellants. GEORGE M. CRUMMEY and Others, Respondents.— Motion to add cause to calendar for June, 1927, denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of N. & H. BUILDING Co., INC., Appellant, v. WILLIAM E. WALSH and Others, Respondents.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORTON ROSENBERG and Others, as Executors of and Trustees under the Will of CHARLES ROSENBERG, Deceased.— Upon reargument, we adhere to our former decision in this case,* which points out that the decision is without prejudice to an application under section 231-a of the Surrogate's Court Act.† The allowances made under sections 278 and 279 of the Surrogate's Court Act‡ are costs in the accounting proceeding.   We do not now pass upon the power of the surrogate to grant allowances under section 231-a.   Order signed.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of WEBSTER-KRESS REALTY CORPORATION, Respondent, for a Mandamus Order against WILLIAM H. SWITZER, as Building Inspector of the City of New Rochelle, Appellant.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN S. LANE & SON, INCORPORATED, Respondent, v. COUNTY OF WESTCHESTER and WALTER S. PAULSEN, Defendants.   MERSON CONSTRUCTION CORPORATION and Others, Appellants; KALMAN STEEL Co., INC., Respondent.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FRED LIESE, Doing Business as FRED LIESE CONSTRUCTION Co., INC., Appellant, v. VERA LEVEY, Respondent.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NICHOLAUS LORENZEN, Respondent, v. NEW YORK DOCK RAILWAY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.